CINQUE & CINQUE, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: 212-759-5515
Telefax:    212-759-7737
E-mail:    CINQUE845@aol.com

Attorneys for All Plaintiffs Other
    Than Michael Wright



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SYLVIA ROBINSON, SYLVIA, INC.,
JOSEPH ROBINSON, JR., individually and as
a member of "The Sugar Hill Gang," HENRY
JACKSON and MICHAEL WRIGHT,
professionally known as "The Sugar Hill Gang,"
GEORGE KERR, WESALINE MUSIC,
JONATHAN WILLIAMS, CLIFTON CHASE
and EDWARD FLETCHER,

                    Plaintiffs,

        -against-

SANCTUARY RECORDS GROUP, LTD.
and SANCTUARY COPYRIGHTS, LTD.,

                    Defendants.

-----------------------------------------------------------X

03 CIV. 10235 (VM)

NOTICE OF APPEAL

        NOTICE is hereby given that plaintiffs Sylvia Robinson, Sylvia, Inc., Joseph

Robinson, Jr., individually and as a member of "The Sugar Hill Gang," Henry Jackson,

George Kerr, Wesaline Music, Jonathan Williams, Clifton Chase and Edward Fletcher

hereby appeal to the United States Court of Appeals for the Second Circuit from the

Judgment filed November 3, 2011, a copy of which is attached as Exhibit "A," and all

Orders adverse to plaintiffs subsumed therein. Plaintiffs also appeal from the judgment

filed March 28, 2008, as originally noticed in their May 1, 2008 notice of cross-appeal, a

copy of which is attached as Exhibit "B," and all Orders adverse to plaintiffs subsumed

therein.

DATED: NEW YORK, NEW YORK
        NOVEMBER 30, 2011

                          CINQUE & CINQUE, P. C.


                    By:   _____
                          James P. Cinque (JPC-3673)
                          Attorneys for all Plaintiffs-
                          Appellants other than Michael Wright
                          845 Third Avenue, Suite 1400
                          New York, New York 10022
                          Telephone: 212-759-5515
                          Telefax:   212-759-7737
                          Email:     CINQUE845@aol.com

TO:   JENNER & BLOCK, LLP
      Attorneys for Defendants-Appellees Sanctuary Records
      Group, Ltd. and Sanctuary Copyrights, Ltd.
      919 Third Avenue
      New York, New York 10022

      OREN WARSHAVSKY, ESQ.
      BAKER HOSTETLER
      Attorneys for Plaintiff Michael Wright
      45 Rockefeller Plaza, 11th Floor
      New York, New York 10111

                              2

**EXHIBIT "A"**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SYLVIA ROBINSON, et el.,

                Plaintiffs,

      -against-

SANCTUARY RECORD GROUPS, LTD. and
SANCTUARY COPYRIGHTS, LTD.,

                Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/3/11_

03 CIVIL 10235 (VM)

## JUDGMENT

This case is on remand from the Second Circuit Court of Appeals, which vacated entry

of default judgment against the defendants' on July 1, 2010, and whereas the above-captioned action

having come before this Court, and the matter having come before the Honorable Victor Marrero,

United States District Judge, and the Court, on November 1, 2011, having rendered its Decision and

Order granting Sanctuary Record Groups, Ltd. and Sanctuary Copyrights, Ltd. (Collectively,

"Defendants") motion for summary judgment, deemed by the Court to be set forth in Defendants'

letter brief dated December 20, 2010, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Decision and Order dated November 1, 2011, defendants' Sanctuary Record Groups, Ltd.

and Sanctuary Copyrights, Ltd. (Collectively, "Defendants") motion for summary judgment, deemed

by the Court to be set forth in defendants' letter brief dated December 10, 2010 is granted;

accordingly the case is closed.

Dated: New York, New York
      November 3, 2011

                               **RUBY J. KRAJICK**

                               Clerk of Court

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

EXHIBIT "B"

CINQUE & CINQUE, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: 212-759-5515
Telefax:    212-759-7737
E-mail:     CINQUE845@aol.com



Attorneys for All Plaintiffs Other
    Than Michael Wright

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SYLVIA ROBINSON, SYLVIA, INC.,                              03 CIV. 10235 (VM)
JOSEPH ROBINSON, JR., individually and as
a member of "The Sugar Hill Gang," HENRY
JACKSON and MICHAEL WRIGHT,
professionally known as "The Sugar Hill Gang,"
GEORGE KERR, WESALINE MUSIC,
JONATHAN WILLIAMS, CLIFTON CHASE
and EDWARD FLETCHER,                                        NOTICE OF CROSS-APPEAL

                    Plaintiffs,

    -against-

SANCTUARY RECORDS GROUP, LTD.
and SANCTUARY COPYRIGHTS, LTD.,

                    Defendants.

----------------------------------------------------,------------X

        NOTICE is hereby given that plaintiffs Sylvia Robinson, Sylvia, Inc., Joseph

Robinson, Jr., individually and as a member of "The Sugar Hill Gang," Henry Jackson,

George Kerr, Wesaline Music, Jonathan Williams, Clifton Chase and Edward Fletcher

hereby cross-appeal to the United States Court of Appeals for the Second Circuit from the

Judgment filed March 28, 2008.

DATED: NEW YORK, NEW YORK
        May 1, 2008

CINQUE & CINQUE, P. C.

By: _____

James P. Cinque (JPC-3673)
Attorneys for all Plaintiffs-Cross-
Appellants other than Michael Wright
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: 212-759-5515
Telefax:    212-759-7737
Email:      CINQUE845@aol.com

TO:   DORSEY & WHITNEY, LLP
      Attorneys for Defendants-Appellants Sanctuary Records
      Group, Ltd. and Sanctuary Copyrights, Ltd.
      250 Park Avenue
      New York, New York 10177

      OREN WARSHAVSKY, ESQ.
      TROUTMAN SANDERS, LLP
      Attorneys for Plaintiff Michael Wright
      405 Lexington Avenue
      New York, New York 10174

#81

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

SYLVIA ROBINSON ET AL.,

Plaintiffs,

-against-

SANTUARY RECORD GROUPS. LTD. and
SANCTUARY COPYRIGHTS, LTD.

Defendants.
------------------------------------------------------------X

MAR 2 8 2008

S. D. OF N.Y.

03 **CIVIL** 10235(VM)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Victor Marrero, United States District Judge, and the Court, on March

24, 2008, having rendered its Decision and Order finding that plaintiffs should not be awarded

any damages pursuant to the Default Judgment and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Decision and Order dated March 24, 2008, the Court finds that Plaintiffs should not

be awarded any damages pursuant to the Default Judgment and the complaint is dismissed;

accordingly, the case is closed.

Dated: New York, New York
March 28, 2008

J. MICHAEL McMAHON

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___3/2/1.1___

03 CIV. 10235 (VM)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

SYLVIA ROBINSON, SYLVIA, INC.,
JOSEPH ROBINSON, JR., individually and as
a member of "The Sugar Hill Gang," HENRY
JACKSON and MICHAEL WRIGHT,
professionally known as "The Sugar Hill Gang,"
GEORGE KERR, WESALINE MUSIC,
JONATHAN WILLIAMS, CLIFTON CHASE
and EDWARD FLETCHER,

Plaintiffs,

-against-

SANCTUARY RECORDS GROUP, LTD. and
SANCTUARY COPYRIGHTS, LTD.,

Defendants.

----------------------------------------------------------X

NOTICE OF APPEAL

----------------------------------------------------------X

CINQUE & CINQUE, P. C.
Attorneys for all Plaintiffs-Appellants
except Michael Wright
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone #: (212) 759-5515
Telefax #:    (212) 759-7737
Email:        CINQUE845@aol.com